Bradley J Williams, ISB No. 4019
Kimberly D. Evans Ross, ISB No. 6900
Jon A. Stenquist, ISB No. 6724
MOFFATT, THOMAS, BARRETT, ROCK &
    FIELDS, CHARTERED
900 Pier View Drive Suite 206
Post Office Box 51505
Idaho Falls, Idaho  83405
Telephone  (208) 522-6700
Facsimile  (208) 522-5111
jas@moffatt.com
24747.0002

Attorneys for Defendant
    Andersen Manufacturing, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN LAKE and SHILO PARK,<br><br>    Plaintiffs,<br><br>vs.<br><br>ANDERSEN MANUFACTURING, INC., an Idaho corporation,<br><br>    Defendant. | Case No. 4:12-cv-590-EJL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

    COME NOW, defendant Andersen Manufacturing, Inc., by and through its undersigned counsel of record, MOFFATT, THOMAS BARRETT, ROCK & FIELDS, CHTD. and plaintiff John Lake, by and through his undersigned counsel of record, THOMSON STEPHENS LAW OFFICES, PLLC and hereby stipulate to the entry of an Order of this Court dismissing the matter, with prejudice, each party to bear their own costs and fees.

**STIPULATION OF DISMISSAL WITH PREJUDICE - 1**       Client:3042029.1

DATED this 14th day of October, 2013.

                                      MOFFATT, THOMAS, BARRETT, ROCK & FIELDS, CHARTERED

By /s/ _____
    Jon A. Stenquist – Of the Firm
    Attorneys for Defendant
    Andersen Manufacturing, Inc.

DATED this 14th day of October, 2013.

                                      THOMSEN STEPHENS LAW OFFICES, PLLC

By /s/ _____
    T. Jason Wood – Of the Firm
    Attorneys for Plaintiff
    John Lake

## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that on the 28th day of October, 2013, I filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

T. Jason Wood
tjwood@ts-lawoffice.com
*Attorney for Plaintiff*

                                           /s/
                                  Jon A. Stenquist